NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER AND TRINITY DELIA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant,*

AND

**BP EXPLORATION (ALASKA) INC., CHEVRON U.S.A. INC., CONOCOPHILLIPS ALASKA, INC., AND EXXONMOBIL ALASKA PRODUCTION INC.,**
*Defendants-Cross Appellants,*

AND

**FOREST OIL CORPORATION AND KUUKPIK CORPORATION,**
*Defendants.*

---

2011-5074, -5077, -5078

---

Appeals from the United States Court of Federal Claims in case no. 06-CV-491, Judge Nancy B. Firestone.

---

## ON MOTION

---

## O R D E R

The parties move for leave to extend the briefing schedule until July 30, 2012 due to settlement negotiatons.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond C. Givens, Esq.
Bruce E. Falconer, Esq.
James E. Torgerson, Esq.
Robert P. Stockman, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2012

JAN HORBALY
CLERK